B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>DIA DEB INTERNATIONAL INC. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN
(If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>587 Fifth Avenue, 3rd Floor<br>New York, NY 10017 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>New York County        ZIP CODE   10017 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

    [x] Chapter 7      ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| **Nature of Debts**<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>[X] Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>[X] Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>   check this box and state type of entity below.) | **Nature of Business**<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>[X] Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [X] Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in §304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in §304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.  [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                              or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the Debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

## TRANSFER OF CLAIM

**[x]** Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X    Saurabh Shah
Signature of Petitioner or Representative (State title)    VP

APEX GEMS, INC    7/7/2011
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Saurabh Shah
576 Fifth Avenue, Suite 1000
New York, NY 10036

X Samuel R. Grafton    7/7/2011
Signature of Attorney Samuel R. Grafton    Date

POPPER & GRAFTON ATTORNEYS
Name of Attorney Firm (if any)

225 West 34th Street, Suite 2209, New York, NY 10122-1600
Address

212-290-2630
Telephone No.

---

X Nitin Johanputra
Signature of Petitioner or Representative (State title)    President

SANGHAVI DIAMONDS INC    7/11/2011
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Nitin Johanputra
1212 Avenue of the Americas, 11th Floor
New York, NY 10036

X Samuel R. Grafton    7/11/2011
Signature of Attorney Samuel R. Grafton    Date

POPPER & GRAFTON ATTORNEYS
Name of Attorney Firm (if any)

225 West 34th Street, Suite 2209, New York, NY 10122-1600
Address

212-290-2630
Telephone No.

---

X    Kenny Desai
Signature of Petitioner or Representative (State title)    President

BLUERAYS, INC    7/11/2011
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Kenny Desai
22 West 48th Street, Suite 1006
New York, NY 10036

X    Samuel R. Grafton    7/11/2011
Signature of Attorney Samuel R. Grafton    Date

POPPER & GRAFTON ATTORNEYS
Name of Attorney Firm (if any)

225 West 34th Street, Suite 2209, New York, NY 10122-1600
Address

212-290-2630
Telephone No.

---

X    Deepesh Singhvi
Signature of Petitioner or Representative (State title)    President

D&P DIAMOND INC    7/13/2011
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Deepesh Singhvi
22 West 48th Street, Suite 602
New York, NY 10036

X Samuel R. Grafton    7/13/2011
Signature of Attorney Samuel R. Grafton    Date

POPPER & GRAFTON ATTORNEYS
Name of Attorney Firm (if any)

225 West 34th Street, Suite 2209, New York, NY 10122-1600
Address

212-290-2630
Telephone No.

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2      Name of Debtor    DIA DEB INTERNATIONAL INC.

Case No.

| X Ashish Baid | X Samuel R. Grafton    712/2011 |
|---|---|
| Signature of Petitioner or Representative (State title)    President | Signature of Attorney   Samuel R. Grafton    Date |
| C.M. DIAMOND (NY) INC.    7/12/2011 | POPPER & GRAFTON ATTORNEYS |
| Name of Petitioner      Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity    Ashish Baid, 2 West 45th Street, Suite 1408, New York, NY 10036 | 225 West 34th Street, Suite 2209, New York, NY 10122-1600 Address<br><br>212-290-2630<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| APEX GEMS, INC.<br>576 Fifth Avenue, Suite 1000, New York, NY 10036 | Goods sold and delivered | $139,354.39 |
| SANGHAVI DIAMONDS INC.<br>1212 Avenue of the Americas, 11th Floor, New York, NY 10036 | Goods sold and delivered | $39,774.10 |
| BLUERAYS, INC.<br>22 West 48th Street, Suite 1006, New York, NY 10036 | Goods sold and delivered | $10,108.45 |
| D&P DIAMOND INC.<br>22 West 48th Street, Suite 602, New York, NY 10036 | Goods sold and delivered | $6,874.90 |
| C.M. DIAMOND (NY) INC.<br>2 West 45th Street, Suite 1408, New York, NY 10036 | Goods sold and delivered | $10,31230 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$206,424.34 |